64 A.3d 568

IN THE MATTER OF MAEBLE L. HAIRSTON, AN ATTORNEY
AT LAW (ATTORNEY NO. 033531990).

May 7, 2013.

## ORDER

**MAEBLE L. HAIRSTON** of **RED BANK,** who was admitted to the bar of this State in 1990, having pleaded guilty in the Superior Court of New Jersey to an accusation charging her with racketeering (second degree), in violation of *N.J.S.A.* 2C:41–2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MAEBLE L. HAIRSTON** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MAEBLE L. HAIRSTON** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **MAEBLE L. HAIRSTON** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.